UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BUBBLE GUM PRODUCTIONS, LCC,**<br><br>*Petitioner*,<br><br>v.<br><br>**COMCAST CABLE COMMUNICATIONS, LLC,**<br><br>*Respondent.* | Miscellaneous Action No. 12-0382 (ESH) |

## MEMORANDUM OPINION AND ORDER

Upon consideration of Bubble Gum Productions, LLC's Renewed Motion to Compel Compliance with Subpoena (July 23, 2012 [Dkt. No. 4]) and Comcast Cable Communications, LLC's Response thereto (July 26, 2012 [Dkt. No. 5]), it is hereby **ORDERED** that Bubble Gum's motion is **DENIED WITH PREJUDICE**. On July 19, 2012, the District Court for the Southern District of Florida dismissed Bubble Gum's claims against all but one Doe defendant and vacated its prior order authorizing issuance of the subpoena that Bubble Gum seeks to enforce. *See Bubble Gum Productions, LLC v. Does 1–80*, No. 1:12-cv-20367-PAS (S.D. Fla. July 19, 2012) [Dkt. No. 40]. The very same day, Bubble Gum filed its initial motion to compel before this Court (July 19, 2012 [Dkt. No. 1]). Subsequently, after this Court denied Bubble Gum's initial motion to compel without prejudice to Bubble Gum re-filing so as to correctly and consistently identify itself in its papers (*see* Order, July 23, 2012 [Dkt. No. 3]), Bubble Gum filed the present, amended motion to compel. Bubble Gum has therefore filed at least one, and possibly two, motions to compel Comcast to comply with an invalid subpoena. Accordingly, it is further

**ORDERED** that, by August 3, 2012, Bubble Gum shall show cause why sanctions should not issue against it for attempting to perpetrate a fraud upon the Court.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date:   July 27, 2012